UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 10-579 AHM (FFM) | Date | May 5, 2010 |
|---|---|---|---|
| Title | DARRELL WAYNE HOWARD v. KATHY ALLISON, WARDEN | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None Present | None Present |

**Proceedings:**        **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On April 21, 2010, the Court issued an Order Requiring Return to Petition for Writ of Habeas Corpus.  Pursuant to that order, respondent was required to file a notice of appearance by April 29, 2010.  As of today's date, respondent has failed to file a notice of appearance.  Respondent is ordered to file a notice of appearance by May 17, 2010 or show cause in writing why sanctions should not be imposed for failure to comply with a Court order.

IT IS SO ORDERED.

_____ : _____
Initials of Preparer            JM