JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DARRELL WAYNE HOWARD,<br><br>Petitioner,<br><br>v.<br><br>KATHY ALLISON, WARDEN,<br><br>Respondent. | No. EDCV 10-579 AHM (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: June 20, 2011

A. HOWARD MATZ
United States District Judge